# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  CLARK MORGAN　　　　　　　　　　§　　Case No.: 11-17183
　　　　JOANN MORGAN　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　　　　　　§

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/22/2011.

2) This case was confirmed on 10/24/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/18/2012.

5) The case was dismissed on 07/02/2012.

6) Number of months from filing to the last payment: 9

7) Number of months case was pending: 17

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   47,175.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 6,963.13 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 6,963.13 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 352.15 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,852.15 |
| Attorney fees paid and disclosed by debtor | $ 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WELLS FARGO BANK | SECURED | 158,000.00 | 196,840.87 | .00 | .00 | .00 |
| WELLS FARGO BANK | SECURED | NA | 9,734.54 | .00 | .00 | .00 |
| WELLS FARGO BANK | UNSECURED | 41,289.00 | NA | NA | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | 41,213.00 | 59,597.03 | .00 | .00 | .00 |
| REAL TIME RESOLUTION | UNSECURED | 41,213.00 | NA | NA | .00 | .00 |
| FIRST INVESTORS FINA | SECURED | 7,000.00 | 7,501.41 | 7,000.00 | 2,013.06 | 53.64 |
| FIRST INVESTORS FINA | UNSECURED | 916.00 | .00 | 501.41 | .00 | .00 |
| CHRYSLER FINANCIAL S | SECURED | .00 | 12,110.78 | .00 | .00 | .00 |
| CHRYSLER FINANCIAL S | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | SECURED | 700.00 | .00 | .00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,447.00 | 3,023.55 | 3,023.55 | 136.08 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 7,807.00 | 3,759.49 | 3,759.49 | 1,675.18 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 401.99 | NA | NA | .00 | .00 |
| ENTERPRISE RENT A CA | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN HOME MORTGA | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | 5,336.31 | NA | NA | .00 | .00 |
| ARNOLD TURNER | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| BLAIR CATALOG | UNSECURED | .00 | NA | NA | .00 | .00 |
| BLAIR CORPORATION | UNSECURED | 86.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BLUE CROSS BLUE SHIE | UNSECURED | 158.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 1,858.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 439.00 | NA | NA | .00 | .00 |
| PRAIRIE ANESTHESIA | UNSECURED | 96.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EP | UNSECURED | 28.80 | NA | NA | .00 | .00 |
| CITI FINGERHUT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITI FINGERHUT | UNSECURED | .00 | NA | NA | .00 | .00 |
| COTTAGE EMERGENCY PH | UNSECURED | 926.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | .00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | UNSECURED | 78.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 519.00 | 519.94 | 519.94 | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 313.00 | NA | NA | .00 | .00 |
| EMP OF CHICAGO LLC | UNSECURED | 509.95 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 1,257.00 | NA | NA | .00 | .00 |
| ESCALLATE | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| FINGERHUT | UNSECURED | 453.00 | NA | NA | .00 | .00 |
| FINGERHUT | UNSECURED | 386.00 | NA | NA | .00 | .00 |
| GEMB/WALMART | UNSECURED | .00 | NA | NA | .00 | .00 |
| GINNYS | UNSECURED | 181.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| HANGER CARES | UNSECURED | 249.86 | NA | NA | .00 | .00 |
| ICS | UNSECURED | 407.00 | NA | NA | .00 | .00 |
| ANOINTED HEALTH PART | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| JACKSON PARK HOSPITA | UNSECURED | 1,603.14 | NA | NA | .00 | .00 |
| LABORATORY CORP | UNSECURED | 17.00 | NA | NA | .00 | .00 |
| LABORATORY CORP | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| JOHN C BONEWICZ | UNSECURED | 1,190.44 | NA | NA | .00 | .00 |
| U OF I DEPT OF MEDIC | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 58.40 | NA | NA | .00 | .00 |
| MERCY HOSPITAL | UNSECURED | 2,333.20 | NA | NA | .00 | .00 |
| MERCY HOSPITAL | UNSECURED | 681.31 | NA | NA | .00 | .00 |
| MERCY PHYSICIAN BILL | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| METROPOLITAN GASTREN | UNSECURED | 5.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,190.00 | 1,190.44 | 1,190.44 | .00 | .00 |
| MIDLAND ORTHOPEDIC A | UNSECURED | 205.30 | NA | NA | .00 | .00 |
| MIDWEST MEDICAL SVC | UNSECURED | 141.80 | NA | NA | .00 | .00 |
| MICHAEL REESE | UNSECURED | .00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | .00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NATIONWIDE CREDIT & | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| NCO/ASGNE OF SBC | UNSECURED | 274.00 | NA | NA | .00 | .00 |
| NEW AGE FURNITURE | UNSECURED | 338.00 | .00 | .64 | .00 | .00 |
| NEW AGE FURNITURE | UNSECURED | 301.00 | NA | NA | .00 | .00 |
| NEW AGE FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| RADIOLOGICAL PHYSICI | UNSECURED | 166.00 | NA | NA | .00 | .00 |
| RADIOLOGICAL PH | UNSECURED | 151.00 | NA | NA | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | 71.60 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 14.40 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 5.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 253.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,263.00 | 933.44 | 933.44 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRAIRIE ANESTHESIA L | UNSECURED | 96.00 | NA | NA | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | 917.88 | 1,156.78 | 1,156.78 | .00 | .00 |
| RADIOLOGY PHYSICIANS | UNSECURED | 24.60 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 100.00 | 400.00 | 400.00 | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SALLIE MAE INC/USAF | UNSECURED | NA | 31,480.54 | 31,480.54 | .00 | .00 |
| THE FRIEDELL CLINIC | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 153.00 | 148.17 | 148.17 | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMS EDUCATION LOAN T | UNSECURED | 31,707.00 | NA | NA | .00 | .00 |
| UIC PATHOLOGY | UNSECURED | 227.30 | NA | NA | .00 | .00 |
| UNION AUTO SALES | UNSECURED | .00 | NA | NA | .00 | .00 |
| UNION AUTO SALES | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 688.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 43.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 29.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 4.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | .00 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL MED | UNSECURED | 508.60 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL MED | UNSECURED | 354.24 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL MED | UNSECURED | 507.84 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL CHI | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| WOMEN HEALTH CONSULT | UNSECURED | 240.80 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| **Scheduled Creditors:** | | | | | | |
| AMERICAN HOME MORTGA | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 681.32 | 681.32 | .00 | .00 |
| REAL TIME RESOLUTION | UNSECURED | NA | .00 | 59,597.03 | .00 | .00 |
| NEW AGE FURNITURE | SECURED | NA | 300.64 | 300.00 | 221.18 | 11.84 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 4,727.90 | 4,727.90 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 7,000.00 | 2,013.06 | 53.64 |
| All Other Secured | 300.00 | 221.18 | 11.84 |
| **TOTAL SECURED:** | 7,300.00 | 2,234.24 | 65.48 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,759.49 | 1,675.18 | .00 |
| **TOTAL PRIORITY:** | 3,759.49 | 1,675.18 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 104,361.16 | 136.08 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,852.15 |
| Disbursements to Creditors | $ | 4,110.98 |
| **TOTAL DISBURSEMENTS:** | $ | 6,963.13 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/03/2012                                   /s/ Tom  Vaughn
                                                                         Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**